ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Akima Range Readiness Operations, LLC | ) ASBCA No. 64012-ADR |
| | ) |
| Under Contract No. FA8137-22-C-0031 | ) |

APPEARANCES FOR THE APPELLANT:   C. Peter Dungan, Esq.
 Lyle F. Hedgecock, Esq.
 Alfred M. Wurglitz, Esq.
 Lauren S. Fleming, Esq.
  Miles & Stockbridge, P.C.
  Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
 Siobhan Donahue, Esq.
 Isabelle P. Cutting, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MARK A. MELNICK

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $9,666,565.19. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 4, 2026

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

DAVID D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64012-ADR, Appeal of Akima Range Readiness Operations, LLC, rendered in conformance with the Board's Charter.

Dated: June 5, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals